**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RAHEEM TAYLOR, | : |
| : | Civil Action No. 10-4079 (FSH) |
| Plaintiff, | : |
| v. | : **ORDER TO SHOW CAUSE** |
| GEORGE W. HAYMAN, et al. | : |
| Defendants. | : |

**HOCHBERG, District Judge:**

This matter having come before the Court upon Plaintiff's Complaint filed 2/23/2011; and

it appearing that on September 15, 2011, the Clerk's Office was sent back, as undeliverable, mail sent to Plaintiff at New Jersey State Prison, P.O. Box 861, Trenton, NJ, 08625, which is the address provided to the Court; and

it appearing that the envelope contained the stamped notation "Return to Sender - Maxed Out;" and

it appearing that Plaintiff has not complied with Local Civil Rule 10.1(a) which requires unrepresented parties to advise the Court of any change in address within five days;

**IT IS** on this 16th day of September, 2011,

**ORDERED** that Plaintiff shall show cause in writing, by September 30, 2011, why the Complaint should not be dismissed for failure to comply with Local Civil Rule 10.1(a).

                                                                            s/ Faith S. Hochberg
                                                       Hon. Faith S. Hochberg, U.S.D.J.